File Hashes for IP Address 24.0.3.229

**ISP:** Comcast Cable
**Physical Location:** Woodbridge, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/02/2016 12:17:24 | 55F5BF494F0ECB962BC5F4FA0997C829DCADAB68 | The Cock Teaser |
| 02/14/2016 22:26:52 | 719DCAABD5AD3662B2916FCE0B04CD4011536CDA | Loving It Hard And Deep |
| 01/30/2016 14:50:33 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 01/29/2016 09:24:55 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 12/26/2015 04:38:37 | ECB8AB5D57E4AA13126E07EBC1E90DE6B509FEC4 | Black Widow |
| 12/26/2015 02:30:45 | 827C23C8B0E3C8C527F42D6D0D70CFBA791A6232 | Xmas Cums Once A Year |
| 10/28/2015 13:00:31 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 10/05/2015 01:58:51 | 82E90ADC0AFA25D0F6AC762F76278A1109C4FD08 | In Love With Little Caprice |
| 09/16/2015 20:39:44 | F1490BCD79D878878300EE2759E9FDBDEE2AF768 | Make Love To Me |
| 09/13/2015 03:54:30 | 9D1B42931568A53E61D853DFCC392512F58F1B47 | A Fucking Picnic |
| 09/06/2015 17:59:41 | 83FED3A41D6C6B746180D22AFBBED0ABD3F871B8 | My Blue Heaven |
| 05/31/2015 11:14:48 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 05/26/2015 04:47:31 | BC9C03DEE890E86F84D428396B554E30A8628E4B | Capture Me |
| 05/26/2015 01:33:35 | 534307898AB1339A90EB97D18177AD55CECCD3D5 | Do It To Me One More Time |
| 05/25/2015 00:14:39 | 89A9A5EAD1D52CE7953603B1CDF9FD582807EA1F | UnBREElievable |
| 05/09/2015 15:47:33 | A48497FDD14BE13A1E14EF727736CAE2ED2AC91D | Come Together Part #1 |
| 04/27/2015 03:22:29 | 35FC04D03805B644F5AE18258DFF74EF8518D605 | Do Not Keep Me Waiting Part #1 |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ553